AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM LEE CALL, II,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-397**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed August 29, 2011, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.**

Date: August 29, 2011                               JAMES BONINI, CLERK

                                                                              */S/ Andy F. Quisumbing*
                                                                              (By) Andy F. Quisumbing
                                                                              Courtroom Deputy Clerk